UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   ASHLEY RENEE WALTERS                    CASE NO. 19-11389
   1802 TRADD CT                                  JUDGE BENJAMIN A. KAHN
   GREENSBORO, NC  27455

       DEBTOR

SSN(1) XXX-XX-6678                           DATE: 08/18/2020

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ATLAS ACQUISITIONS LLC<br>294 UNION ST<br>HACKENSACK, NJ  07601 | $1,339.40<br>INT:  .00%<br>NAME ID: 128950<br>CLAIM #:  0031 | (U) UNSECURED<br><br>ACCT: 4256<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>% AMERICAN INFOSOURCE LP<br>P O BOX 71083<br>CHARLOTTE, NC  28272 | $6,201.24<br>INT:  .00%<br>NAME ID: 116268<br>CLAIM #:  0011 | (U) UNSECURED<br><br>ACCT: 4507<br>COMMENT: |
| CAVALRY SPV I LLC<br>AS ASSIGNEE OF CITIBANK NA<br>P O BOX 27288<br>TEMPE, AZ  85282 | $1,494.85<br>INT:  .00%<br>NAME ID: 167591<br>CLAIM #:  0012 | (U) UNSECURED<br><br>ACCT: 6901<br>COMMENT: |
| COMCAST<br>4120 INTERNATIONAL PKWY STE 1100<br>CARROLLTON, TX  75007 | $0.00<br>INT:  .00%<br>NAME ID: 180593<br>CLAIM #:  0013 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FED LOAN SERVICING<br>P O BOX 60610<br>HARRISBURG, PA  17106 | $0.00<br>INT:  .00%<br>NAME ID: 146747<br>CLAIM #:  0014 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FINGERHUT<br>P O BOX 166<br>NEWARK, NJ  07101-0166 | $0.00<br>INT:  .00%<br>NAME ID: 10312<br>CLAIM #:  0015 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FIRST HORIZON BANK<br>P O BOX 1469<br>KNOXVILLE, TN  37901 | $9,788.00<br>INT: 6.75%<br>NAME ID: 179724<br>CLAIM #:  0007 | (V) VEHICLE-SECURED<br><br>ACCT: 6286<br>COMMENT: 10LEXU |
| FIRST HORIZON BANK<br>P O BOX 1469<br>KNOXVILLE, TN  37901 | $457.46<br>INT:  .00%<br>NAME ID: 179724<br>CLAIM #:  0008 | (U) UNSECURED<br><br>ACCT: 6286<br>COMMENT: SPLIT |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| GEORGE BROWN ASSOC<br>2200 CROWN POINT EXEC DR<br>CHARLOTTE, NC  28227 | $0.00<br>INT:  .00%<br>NAME ID: 39449<br>CLAIM #:  0017 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GUILFORD CO REGISTER OF DEEDS<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $52.00<br>INT:  .00%<br>NAME ID: 1159<br>CLAIM #:  0029 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| GUILFORD CO TAX DEPT<br>P O BOX 3328<br>GREENSBORO, NC  27402 | $0.00<br>INT:  .00%<br>NAME ID: 10590<br>CLAIM #:  0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $1,028.69<br>INT:  .00%<br>NAME ID: 123769<br>CLAIM #:  0002 | (P) PRIORITY<br><br>ACCT: 6678<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $151.96<br>INT:  .00%<br>NAME ID: 123769<br>CLAIM #:  0027 | (U) UNSECURED<br><br>ACCT: 6678<br>COMMENT: |
| MIDLAND FUNDING LLC<br>% MIDLAND CREDIT MGMT INC<br>P O BOX 2011<br>WARREN, MI  48090 | $1,035.27<br>INT:  .00%<br>NAME ID: 154854<br>CLAIM #:  0018 | (U) UNSECURED<br><br>ACCT: 5063<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $523.74<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #:  0003 | (P) PRIORITY<br><br>ACCT: 6678<br>COMMENT:  OC |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $159.87<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #:  0025 | (U) UNSECURED<br><br>ACCT: 6678<br>COMMENT: |
| NATIONAL COLLEGIATE TRUST<br>1200 N 7TH ST<br>HARRISBURG, PA  17102 | $0.00<br>INT:  .00%<br>NAME ID: 131722<br>CLAIM #:  0019 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $640.23<br>INT:  .00%<br>NAME ID: 68146<br>CLAIM #:  0010 | (U) UNSECURED<br><br>ACCT: 0342<br>COMMENT:  BARCLAYS |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $562.61<br>INT:  .00%<br>NAME ID: 68146<br>CLAIM #:  0026 | (U) UNSECURED<br><br>ACCT: 7458<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $2,252.78<br>INT:  .00%<br>NAME ID: 68146<br>CLAIM #:  0034 | (U) UNSECURED<br><br>ACCT: 5756<br>COMMENT:  720OR |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| PREFERRED CUSTOMER A<br>P O BOX 14517<br>DES MOINES, IA  50306 | $0.00<br>INT: .00%<br>NAME ID: 180594<br>CLAIM #: 0020 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| PREMIER BANKCARD LLC<br>% JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $391.56<br>INT: .00%<br>NAME ID: 159089<br>CLAIM #: 0016 | (U) UNSECURED<br><br>ACCT: 6052<br>COMMENT: |
| PREMIER FEDERAL CREDIT UNION<br>1400 YANCEYVILLE ST<br>GREENSBORO, NC  27405 | $5,685.00<br>INT: 6.75%<br>NAME ID: 25798<br>CLAIM #: 0006 | (V) VEHICLE-SECURED<br><br>ACCT: 6678<br>COMMENT: 09TOYO |
| PREMIER FEDERAL CREDIT UNION<br>1400 YANCEYVILLE ST<br>GREENSBORO, NC  27405 | $0.00<br>INT: .00%<br>NAME ID: 25798<br>CLAIM #: 0021 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>CROWN ASSET MANAGEMENT LLC<br>P O BOX 788<br>KIRKLAND, WA  98083 | $1,853.32<br>INT: .00%<br>NAME ID: 146921<br>CLAIM #: 0033 | (U) UNSECURED<br><br>ACCT: 8481<br>COMMENT: NEW YORK & COMPANY |
| SPRINT<br>6200 SPRINT PKWY<br>OVERLAND PARK, KS  66251 | $0.00<br>INT: .00%<br>NAME ID: 15336<br>CLAIM #: 0022 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | MONTHLY PMT  $1,829.00<br>INT: .00%<br>NAME ID: 170064<br>CLAIM #: 0004 | (H) ONGOING-SECURED<br><br>ACCT: 6590<br>COMMENT: DT RERP,CTD EFF JUN20,120A |
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | $23,416.49<br>INT: .00%<br>NAME ID: 170064<br>CLAIM #: 0005 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 6590<br>COMMENT: ARR THRU DEC19 |
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | $9,143.00<br>INT: .00%<br>NAME ID: 170064<br>CLAIM #: 0037 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 6590<br>COMMENT: ARR JAN THRU MAY20 |
| TD BANK<br>P O BOX 84037<br>COLUMBUS, OH  31908 | $0.00<br>INT: .00%<br>NAME ID: 161083<br>CLAIM #: 0023 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| THE HARBOR HOA<br>% LAMBETH MANAGEMENT<br>P O BOX 531231<br>ATLANTA, GA  30353 | MONTHLY PMT  $20.84<br>INT: .00%<br>NAME ID: 180592<br>CLAIM #: 0009 | (X) SPECIAL-UNSECURED<br><br>ACCT:<br>COMMENT: ASDU,CTD EFF JUN20 |
| THE HARBOR HOA<br>% LAMBETH MANAGEMENT<br>P O BOX 531231<br>ATLANTA, GA  30353 | $104.20<br>INT: .00%<br>NAME ID: 180592<br>CLAIM #: 0035 | (X) SPECIAL-UNSECURED<br><br>ACCT:<br>COMMENT: ASDU,ARR JAN THRU MAY20 |

PAGE 4  -  CHAPTER 13 CASE NO. 19-11389

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---:|---|
| THE HARBOR HOA<br>% LAMBETH MANAGEMENT<br>P O BOX 531231<br>ATLANTA, GA  30353 | $62.50<br>INT:  .00%<br>NAME ID:  180592<br>CLAIM #:  0036 | (U) UNSECURED<br><br>ACCT:<br>COMMENT:  ASDU PRE-PET ARR THRU DEC19 |
| VERIZON<br>BY AMERICAN INFOSOURCE<br>P O BOX 4457<br>HOUSTON, TX  77210-4457 | $1,855.19<br>INT:  .00%<br>NAME ID:  176218<br>CLAIM #:  0030 | (U) UNSECURED<br><br>ACCT:  0001<br>COMMENT: |
| WEBCOLLEX LLC DBA CKS FINANCIAL<br>P O BOX 2856<br>CHEASAPEAKE, VA  23327 | $8,738.64<br>INT:  .00%<br>NAME ID:  180738<br>CLAIM #:  0028 | (U) UNSECURED<br><br>ACCT:  9384<br>COMMENT: |
| WELLS FARGO BANK NA<br>P O BOX 14487<br>DES MOINES, IA  50309 | $6,340.33<br>INT:  .00%<br>NAME ID:  159695<br>CLAIM #:  0032 | (U) UNSECURED<br><br>ACCT:  2116<br>COMMENT: |
| WORLD FINANCIAL NETWORK<br>NATIONAL BANK<br>P O BOX 182125<br>COLUMBUS, OH  43218-2125 | $0.00<br>INT:  .00%<br>NAME ID:  26009<br>CLAIM #:  0024 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  VICTORIA'S SECRET |
| **TOTAL:** | **$85,128.17** | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $4,550.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

    The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

    Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

    If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.


Date:  08/18/2020           OFFICE OF THE CHAPTER 13 TRUSTEE

        By: /s/  Gayle McFarland
        Clerk
        Chapter 13 Office
        500 W FRIENDLY AVE STE 200
        P O BOX 1720
        GREENSBORO, NC  27402-1720

cc: Debtor
    Attorney for Debtor - Electronic Notice